1
 In re the Marriage of Petitioner Alexandra Marshall, and Terrence Marshall. Respondent No. 24SC208
Supreme Court of Colorado, En Banc
November 4, 2024
 
           Court
 of Appeals Case No. 22CA1579
 
 
 
          Petition
 for Writ of Certiorari DENIED.
 
 
          
 JUSTICE BOATRIGHT would grant as to the following issue
 
 
          Whether
 the court of appeals' opinion conflicts with its previous
 holding in In re Marriage of Marson, 929 P.2d 51
 (Colo. A p p . 1996), where the court interpreting the same
 statutory language allowed the obligee parent to exclude
 income from additional jobs.